# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

**RECEIVED**

SEP 4 2025

USMS EAR



| United States of America | |
|---|---|
| v. | Case No.:   4:25CR00179-02 BSM |
| Julie Betancourt | **1:26-mj-00038-SAB** |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **Julie Betancourt** _____

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: **21 USC 841, 846: Conspiracy PWID 500 grams or more of meth, as further explained in the attached documents.**

Date:  September 3, 2025

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

United States of America

v.                                          Case No.:  4:25CR00179-02 BSM

Julie Betancourt

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **Julie Betancourt** _____

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **21 USC 841, 846: Conspiracy PWID 500 grams or more of meth, as further explained in the attached documents.**

Date:  September 3, 2025

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas                          **TAMMY H. DOWNS, CLERK**
_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 3 2025

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS    TAMMY H. DOWNS, CLERK
CENTRAL DIVISION    By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR00179 BSM |
| | ) | |
| v. | ) | |
| | ) | |
| RUMALDO RODRIGUEZ | ) | |
| JULIE BETANCOURT | | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of

the defendants prior to arrest and to protect officers executing the arrest warrant, the United

States requests that the above-styled indictment be sealed until the defendants are in custody or

have been released pending trial.

JONATHAN D. ROSS
United States Attorney

BY: Kristin H. Bryant
Bar No. 2009156
Assistant U.S. Attorney
425 W. Capitol, Suite 500
Little Rock, AR 72201
501-340-2600
Kristin.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the

defendants are in custody or have been released pending trial.

3 September 2025
DATE

_____
UNITED STATES MAGISTRATE JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 3 2025

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ) No. 4:25CR 00179 BSM
)
v. ) 21 U.S.C. § 846
) 21 U.S.C. § 841(a)(1), (b)(1)(A)
RUMALDO RODRIGUEZ )
JULIE BETANCOURT )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

From June 2, 2025, through on or about July 8, 2025, in the Eastern District of Arkansas and elsewhere, the defendants,

RUMALDO RODRIGUEZ and
JULIE BETANCOURT,

voluntarily and intentionally conspired with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendants, RUMALDO RODRIGUEZ and JULIE BETANCOURT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

U.S. v. RUMALDO RODRIGUEZ Page 1 of 2

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendants, RUMALDO RODRIGUEZ and JULIE BETANCOURT, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 of this Indictment, the defendants, RUMALDO RODRIGUEZ and JULIE BETANCOURT, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense

☐   NO TRUE BILL.          ☑   TRUE BILL.

# REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: Kristin H. Bryant
Assistant United States Attorney
Bar No. 2009156
425 W. Capitol, Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Kristin.Bryant@usdoj.gov

U.S. v. RUMALDO RODRIGUEZ Page 2 of 2